IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No. 1:20-cr-10016

DARRELL GREEN                                                                              DEFENDANT

**ORDER**

Before the Court is Defendant's Motion for Early Termination of Supervised Release. ECF No. 3. The Government has responded. ECF No. 5. The United States Probation Office ("USPO") has provided its evaluation of the instant request. The Court finds the matter ripe for consideration.

On September 11, 2014, Defendant Darrel Green was indicted in the Eastern District of Arkansas on multiple counts related to conspiracy to distribute cocaine and crack cocaine. ECF No. 1-1, p. 1-2. Defendant later plead guilty to two counts of Conspiracy to Distribute or Possess with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 846, and was sentenced to seventy-two (72) months imprisonment to be followed by five years of supervised release. *Id*. at p. 33-39. Defendant was released from custody and began his term of supervised release on April 10, 2020. ECF No. 1.

On September 14, 2022, Defendant filed the instant motion requesting that his term of supervised release be terminated. ECF No. 3. Defendant states that the terms of his release and his probation officer have placed limitations on his travel that will not allow him to obtain better paying commercial driving employment to support his family. *Id*.

The USPO has provided its assessment of Defendant's request. The USPO notes that Defendant tested positive for marijuana nine times between November 2020 and September 2021. After completing an inpatient treatment program following these positive tests, Defendant has not

tested positive for marijuana or any other illicit substance. However, Defendant has failed to comply with the directive to attend three Narcotics Anonymous meetings every week upon completion of his treatment program. While the USPO acknowledges that Defendant may meet the statutory requirements of termination, the USPO recommends that Defendant's request be denied because he would be more likely to be away from home and unable to participate in substance abuse programs if his travel restrictions were lifted.

The Government responded in opposition to Defendant's request. ECF No. 5. The Government similarly notes Defendant's failed drug tests and failure to attend required Narcotics Anonymous meetings. The Government also notes that Defendant failed to appear for a scheduled drug test within the last four months. Though the Government states that Defendant has substantially complied with the terms of his release, the fact that Defendant's violations have been drug related and that his conviction resulted from drug crimes leads the Government to argue that continued supervision and monitoring by USPO is necessary to prevent Defendant's relapse into drug use or distribution.

The Court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

Evaluating the factors listed above in light of Defendant's actions on release and the recommendation of the USPO, the Court finds that Defendant's Motion for Early Termination of

Supervised Release (ECF No. 3) should be and hereby is **DENIED** due to Defendant's history and the need to provide Defendant with proper correctional treatment.

    **IT IS SO ORDERED**, this 31st day of October, 2022.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
Chief United States District Judge