IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              Case No. 1:20-cr-10016

DARRELL GREEN                                              DEFENDANT

## ORDER

Before the Court is Defendant Darrell Green's Motion for Early Termination of Supervised Release.  ECF No. 7.

On February 22, 2017, Defendant was sentenced to seventy-two (72) months imprisonment followed by five (5) years of supervised release for conspiracy to distribute or possess with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  ECF No. 1-1, p. 7. Defendant was released from his period of confinement on April 10, 2020.  Defendant has resided in Camden, Arkansas since October 2020.

On May 23, 2023, Defendant submitted the instant motion requesting early termination of his period of supervised release.  Defendant cites his completion of the majority of his period of supervised release and his obtaining a commercial driver's license as reasons supporting an early end to his supervised release.  Defendant states that lifting his restrictions would allow him to fully utilize his commercial driver's license and better provide economic stability for his family. Defendant has served approximately thirty-eight (38) months of his sixty (60) month period of release.

The United State Probation Office ("USPO") has provided the Court with its assessment of Defendant's motion.  The USPO notes that Defendant has maintained full-time employment for nearly the entire duration of his period of supervised release.  Though Defendant has tested positive

for marijuana at times during his release, the USPO states that Defendant has completed an outpatient substance program and has not failed a drug test since September 2021.  The USPO concludes that Defendant's significant compliance with the conditions of his supervised release and his productive lifestyle since release makes him a low community risk and therefore recommends that his request for release be granted.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable.  Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 7) should be and hereby is **GRANTED** based upon Defendant's good conduct, his significant adherence to the terms of his supervised release, and the interests of justice.  Defendant Darrell Green's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 20th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge